IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTIS DYER,

        Petitioner,                        No. CIV S-08-2845 KJM P

    vs.

KEN CLARK, Warden,

        Respondent.                    ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the execution of his sentence. Petitioner has paid the filing fee.

        In his application, petitioner indicates that he currently resides in Kings County. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). Therefore, the proper venue for this action is in the Fresno Division. Id.; 2241 U.S.C. § 2241.

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

1

1           Good cause appearing, IT IS HEREBY ORDERED that:

2           1.  This action is transferred to the United States District Court for the Eastern

3    District of California sitting in Fresno; and

4           2.  All future filings shall reference the new Fresno case number assigned and

5    shall be filed at:

6           United States District Court
            Eastern District of California
7           2500 Tulare Street
            Fresno, CA 93721
8

9    DATED:  December 8, 2008.

10                                                          _____
                                                            U.S. MAGISTRATE JUDGE
11

12   1/mp
     dyer2845.109
13